UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENDRA LYLES,
    Plaintiff,

v.                                      Case No. 3:25-cv-1199-HES-SJH

MAUREEN HORKAN, et al.,
    Defendants.
_____/

## ORDER

This case is before this Court on pro se plaintiff Kendra Lyles's, amended "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 4). On November 21, 2025, the assigned United States Magistrate Judge issued a Report and Recommendation (Dkt. 8) recommending that Plaintiff's application be denied, and that the case be dismissed without prejudice for failure to plead subject matter jurisdiction. To date, no objections to the Report have been filed, and the time for doing so has passed.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 8) is **ADOPTED** as the opinion of this Court;

2. Plaintiff's amended "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 4) is **DENIED**;

3. The case is **DISMISSED without prejudice**; and

4. The Clerk shall terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 17 day of December 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Honorable Samuel J. Horovitz, United States Magistrate Judge
Kendra Lyles, *pro se*